UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 1:25-cv-24121-EA

**Dmytro Mokanu,**

    Petitioner,

v.

**Warden Miami Federal Detention Center,
US Department of Homeland Security,**

    Respondents.
_____/

### ORDER VACATING DISMISSAL ORDER AND REOPENING CASE

This cause comes before the Court on sua sponte review of the record. Having carefully reviewed the record, it is **ORDERED AND ADJUDGED**:

1. The Court's prior order dismissing the petition [ECF No. 17] is **VACATED**.

2. The Clerk of the Court is instructed to **REOPEN** the case.

**ORDERED** in Chambers in West Palm Beach, Florida, this 30th day of January 2026.



ED ARTAU
UNITED STATES DISTRICT JUDGE

Copies Served:

**Michael A. Pizzi**
Michael A Pizzi, Jr., P.A.
Suite 316
6625 Miami Lakes Drive East
Miami Lakes, FL 33014
305-777-3800
Fax: 305-777-3802
Email: mpizzi@pizzilaw.com

**Noticing 2241/Bivens US Attorney**
Email: usafls-2255@usdoj.gov

**Noticing INS Attorney**
Email: usafls-immigration@usdoj.gov

**Alicia Hayley Welch**
DOJ-USAO
Civil Division
99 N.E. 4th Street
3rd Floor
Miami, FL 33132
305-961-9455
Email: Alicia.Welch@usdoj.gov